In the Matter of the Assignment for the Benefit of Creditors of BROWN BOMBER BAKING Co., INC., to RAYMOND T. FISKE, JR., Appellant. MODERN INDUSTRIAL BANK, Respondent.

Submitted July 19, 1944; decided July 19, 1944.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 141.)

In the Matter of the Claim of LEWIS C. SMITH, Respondent: BROOKLYN BAR ASSOCIATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted July 19, 1944; decided July 19, 1944.

Motion by claimant-respondent to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 593.)

FLORENCE S. THOMSON, as Executrix of SAMUEL C. THOMSON, Deceased, Appellant, v. NEW YORK TRUST COMPANY, Respondent.

Submitted July 19, 1944; decided July 19, 1944.

Motion by appellant for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 58.)